## SECOND DEPARTMENT, DECEMBER, 1945.

### (December 3, 1945.)

In the Matter of the Application of HUGH G. PERRY for Admission to Practice as an Attorney.— Motion for reconsideration of application for admission to practice as an attorney and counselor at law, or for other relief, granted to the extent of remitting the matter to the Committee on Character and Fitness for further proof and reconsideration. The court has not passed on the application for admission nor has it considered or passed upon the additional proof submitted. Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ.

ANNA WEBER, Respondent, v. NATHAN RICHTER et al., Appellants.— Motion to amend order dated October 29, 1945, denied, without costs. Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ. [See *ante,* p. 961.]